# PD-0940-15

Court of Appeals of Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

No. 02-15-00059

RECEIVED IN
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS
7/17/2015 2:11:39 PM
DEBRA SPISAK
Clerk

FILED IN
TARRANT COUNTY, TEXAS
JUL 17 2015
TIME _____ 10.41
BY _____ SR DEPUTY

Notice of Appeal

Now comes Jason Corey Bailey, pro se, and makes this his notice of appeal of the En Banc Per Curiam Order Dated July 2, 2015.

Executed the 15 day of July 2015.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

Jason Corey Bailey
3801 Pueblo Tr.
Fort Worth, Texas 76135
(817)237-6953
(817)223-3720 cell
jasoncbailey879975@icloud.com

## Certificate of Service

I, Jason Corey Bailey, do hereby certify that a true and correct copy of the above and foregoing Notice of Appeal has been served upon the following parties by U.S. Mail postage prepaid First Class:

Hon.Judge Michael R. Thomas
Criminal District Court #4
401 W. Belknap St.
Fort Worth, TX 76196-0216

Criminal District Clerk, Tarrant County
Tim Curry Justice Center
401 W. Belknap St., 3rd Floor
Fort Worth, TX 76196

Court Reporter
Criminal District Court #4
401 W. Belknap St.
Fort Worth, TX 76196-0216

Debra A. Windsor
Tim Curry Justice Center
401 W. Belknap St.
Fort Worth, TX 76196

on this the 15th day of July, 2015.

Jason Corey Bailey



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00059-CR

JASON BAILEY        APPELLANT

V.

THE STATE OF TEXAS        STATE

------------

## FROM CRIMINAL DISTRICT COURT NO. 4 OF TARRANT COUNTY
## TRIAL COURT NO. 0669679R

------------

## ORDER

------------

We have considered the "Motion for Rehearing and/or En Banc Consideration" filed by appellant Jason Bailey, pro se.

It is the opinion of the court that both motions should be and are hereby denied and that the opinion and judgment of May 21, 2015 stand unchanged.

The clerk of this court is directed to transmit a copy of this order to the appellant and the State's attorney of record.

DATED July 2, 2015.

PER CURIAM

EN BANC

Jason C. Bailey

3801 Pueblo Tr.

Fort Worth, TX 76135



FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

JUL 17 2015

TIME _____

BY _____

_____ DEPUTY

NORTH TEXAS TX P&DC
DALLAS TX 750
15 JUL 2015 PM 10 L

Criminal District Clerk, Tarrant County
401 W. Belknap St.
Fort Worth, TX 76196

76196-